holders, etc., Appellant, v. Ruel W. Poor and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Nacirema Company, Respondent, v. Frank J. Cassidy, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Robert Holmes, Individually and as Trustee, and Others, Appellants, v. Hugh N. Camp, Jr., Individually and as Sole Surviving Executor and Trustee, etc., and Others, Defendants, Impleaded with Gerard S. Parsons, as Sole Surviving Executor and Trustee, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.; Scott, J., dissented.

John Farrell, Appellant, v. William H. Archibald, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Kate Smith Cammack, Respondent, v. Earle Scott and Another, Impleaded with Arthur Lipper and Others, Copartners, etc., Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of the Application of Johanna A. Dobrovolny, Respondent, for a Writ of Mandamus against William A. Prendergast, as Comptroller of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Robert E. Lundi, an Infant, etc., Appellant, v. Emma B. R. Dittrich, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of Supplementary Proceedings: Harry M. Levengston, Respondent, v. James J. Farmer, Individually and as Trustee. etc., and Others, Defendants. Pan-American Printing Company, Inc., Third Party, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of the Application of Gunni J. Busck, Respondent, to Recover Possession of His Child, Richard Busck. Charlotte H. Busck, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Agnes Carley, Respondent, v. Midland Beach Company and Others, Appellants.— Order modified by directing that the order for examination be modified so as to authorize the examination only as to the possession, control and condition of the premises upon which plaintiff claims to have been injured, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Giuseppe Tuzzeo, Suing on Behalf of Himself and of All Other Creditors of Pasquale Pati & Son, etc., Appellant, v. American Bonding Company of Baltimore, Respondent.— Order affirmed, with ten dollars